UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NICHOLAS SAMMIE LEE SMITH, JR.,**

  **Plaintiff,**

v.  Case No. 3:25-cv-824-TKW-ZCB

**TIMOTHY WEBSTER, et al.,**

  **Defendants.**
  _____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 50) and Plaintiff' objections (Doc. 54). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that Plaintiff's complaint should be dismissed as an impermissible shotgun pleading.

Plaintiff does not take issue with the magistrate judge's determination the complaint is a shotgun pleading, and he objects to the R&R "only insofar as [it] could be interpreted as supporting dismissal **with prejudice**." Doc. 54 at 4 (emphasis in original). The Court does not see anything in the R&R that could be construed as a dismissal with prejudice, particularly since the R&R recommends that Plaintiff be given an opportunity to file an amended complaint.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's R&R (Doc. 50) is adopted and incorporated by reference in this Order.

2. The motion to dismiss filed by Defendants Aden, Watts, Thacker, and Isenbarger (Doc. 5) is **GRANTED** to the extent that the complaint is **DISMISSED without prejudice** as an impermissible shotgun pleading.

3. The other defendants' motions to dismiss (Docs. 25, 32, 44) are **DENIED as moot**.

4. Plaintiff has 14 days from the date of this Order to file an amended complaint.

5. Defendants have 14 days from the date the amended complaint is filed to answer or otherwise respond to it.

6. Plaintiff's motion for amended/alias summons (Docs. 40, 41, 42) are **DENIED without prejudice**.

7. This case is returned to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 2nd day of September, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**